March 24, 2006

Mr. A. Erin Dwyer
Figari & Davenport, L.L.P.
901 Main Street, Suite 3400
Dallas, TX 75202-3796

Mr. J. Michael Colpoys
Vial Hamilton Koch & Knox, LLP
1700 Pacific
Suite 2800
Dallas, TX 75201-4632

Mr. Charles T. Frazier Jr.
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793
Mr. Deron Lynn Wade
Hartline, Dacus, Barger
Dreyer & Kern, L.L.P.
6688 N. Central Expwy., Suite 1000
Dallas, TX 75206

Mr. James A. McCorquodale
Vial Hamilton Koch & Knox, L.L.P.
1700 Pacific, Suite 2800
Dallas, TX 75201-4632

RE: Case Number: 03-0987
 Court of Appeals Number: 05-02-01166-CV
 Trial Court Number: 00-10332-J

Style: GENERAL MOTORS CORPORATION AND RAWSON-KOENIG, INC.
 v.
 HUDIBURG CHEVROLET, INC., AND HUDIBURG CHEVROLET HOLDING, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause. (Judgment is forthcoming)

 Sincerely,
 [pic]
 Andrew Weber, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |